| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Haynes, Catharina D. | 2. Court or Organization<br><br>Fifth Circuit | 3. Date of Report<br><br>03/29/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>1100 Commerce Street<br>Rm. 1452<br>Dallas, TX 75242 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ _____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Vickery Meadow Learning Center |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2007-09 | Baker Botts 401k Plan (rolled over June 2008; due to market fluctuations, a nominal balance remained which was closed out in 2009) |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Thompson & Knight law partnership income |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | 4/29-30/09 | San Francisco, CA | Speak at Insurance CLE for Attorneys | Travel, Meals, Lodging |
| 2. | American Bar Association | 5/15/09 | New Orleans, LA | Speak at Young Lawyers Conference | Travel, Meals |
| 3. | American Bar Association | 5/28-29/09 | Chicago, IL | Teach at Appellate Advocacy Training for Attorneys | Travel, Meals, Lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haynes, Catharina D. | 03/29/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haynes, Catharina D. | 03/29/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Accounts | D | Interest | P1 | T | | | | | |
| 2. Janus Money Fund | | None | J | T | | | | | |
| 3. T.Rowe Price (TRP) Prime Reserve Fund | B | Interest | O | T | | | | | |
| 4. TRP New Income | A | Dividend | J | T | | | | | |
| 5. TRP International Stock | C | Dividend | M | T | Buy | 02/02/09 | J | | |
| 6. TRP New America Growth | | None | M | T | | | | | |
| 7. TRP Health Science Fund | | None | M | T | Buy | 02/02/09 | J | | |
| 8. TRP Tax Efficient Equity | | None | M | T | Buy | 02/02/09 | J | | |
| 9. TRP Tax Free Income Fund | E | Dividend | O | T | Buy | 02/02/09 | J | | |
| 10. TRP Tax Free Short Intermediate | A | Dividend | K | T | | | | | |
| 11. British Petroleum (BP) | A | Dividend | J | T | | | | | |
| 12. IBM | A | Dividend | L | T | | | | | |
| 13. Motorola (MOT) | A | Dividend | J | T | | | | | |
| 14. Pfizer (PFE) | A | Dividend | J | T | | | | | |
| 15. Franklin Mutual Shares Class Z | D | Dividend | N | T | Buy | 02/05/09 | J | | |
| 16. Janus Fund | A | Dividend | M | T | | | | | |
| 17. TRP Capital Appreciation (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Cost (Appraisal) | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haynes, Catharina D. | 03/29/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TRP Equity Income | B | Dividend | L | T | | | | | |
| 19. Vanguard REIT Fund | C | Dividend | M | T | Buy | 08/24/09 | J | | |
| 20. Vanguard 500 Index Fund | D | Dividend | M | T | Buy | 02/02/09 | K | | |
| 21. | | | | | Buy (add'l) | 03/03/09 | J | | |
| 22. Vanguard TM Small Cap | A | Dividend | M | T | | | | | |
| 23. US EE Savings Bond | C | Dividend | L | T | | | | | |
| 24. TRP Retirement 2020 (IRA) | A | Dividend | K | T | | | | | |
| 25. TRP Retirement 2030 (IRA) | C | Dividend | M | T | Spinoff (from line 27) | 11/13/09 | J | | Rolled over from Line 27 |
| 26. Thompson Knight Partnership Equity | | None | L | U | | | | | |
| 27. Baker Botts 401k Plan (AIM Liquid, Fidelity Mag., Fid. Grow) | | None | | | Closed | 11/13/09 | J | | Rolled over to line 25 |
| 28. TX Emp. Ret. Plan (Fid US Bond, Vanguard Inst. Van. Growth) | A | Dividend | M | T | | | | | |
| 29. Thompson Knight 401K (Vanguard Well. Van. Inst., Stable Val. | D | Dividend | O | T | | | | | |
| 30. State of Tx. Judicial Retirement Equity | C | Interest | L | T | | | | | |
| 31. Texas County & District Retirement System | A | Interest | J | T | | | | | |
| 32. TRP Small Cap. Value (X) | A | Dividend | J | T | | | | | |
| 33. TRP Financial Services (IRA)(X) | A | Dividend | J | T | | | | | |
| 34. TRP Global Stock (IRA)(X) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A - $1,000 or less F = $50,001 - $100,000 | B = $1,001 - $2,500 G = $100,001 - $1,000,000 | C = $2,501 - $5,000 H1 = $1,000,001 - $5,000,000 | D = $5,001 - $15,000 H2 = More than $5,000,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less N = $250,001 - $500,000 P3 = $25,000,001 - $50,000,000 | K = $15,001 - $50,000 O = $500,001 - $1,000,000 | L = $50,001 - $100,000 P1 = $1,000,001 - $5,000,000 P4 = More than $50,000,000 | M = $100,001 - $250,000 P2 = $5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haynes, Catharina D. | 03/29/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TRP Media Telecommunications (IRA)(X) | A | Dividend | J | T | | | | | |
| 36. TRP New Era (IRA)(X) | A | Dividend | J | T | | | | | |
| 37. TRP Spectrum Growth (IRA)(X) | A | Dividend | J | T | | | | | |
| 38. TRP Spectrum Income (IRA)(X) | B | Dividend | K | T | | | | | |
| 39. TRP Summit Cash (IRA)(X) | A | Interest | N | T | Buy | 06/15/09 | K | | Roll over from line 42 |
| 40. US i Savings Bonds(X) | A | Interest | J | T | | | | | |
| 41. Chase Bank Account | | None | K | T | | | | | |
| 42. Chase Bonds IRA (X) | A | Interest | | | Sold | 06/15/09 | K | | Bonds matured; rolled over |
| 43. PEBCX (IRA)(X) | A | Dividend | K | T | | | | | |
| 44. PCRCX (IRA)(X) | A | Dividend | K | T | | | | | |
| 45. PCRAX (IRA)(X) | A | Dividend | J | T | | | | | |
| 46. Amegy Bank | B | Interest | M | T | Open | 01/30/09 | L | | |
| 47. Citibank | C | Interest | M | T | Open | 02/13/09 | M | | |
| 48. Capital One Bank | B | Interest | M | T | Open | 02/23/09 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haynes, Catharina D. | 03/29/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

II. and VII.: I recuse from cases in which Baker Botts is either a party or represents a party.

II., III., and VII.: I recuse from cases in which Thompson Knight is either a party or represents a party.

| Name of Person Reporting | Date of Report |
|---|---|
| Haynes, Catharina D. | 03/29/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544